1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                       UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12  WASHINGTON NUNES,                    Federal Case No.: 5:16-CV-00547-EJD

13          Plaintiff,

14      vs.                              **STIPULATED REQUEST FOR
                                         DISMISSAL OF DEFENDANT
15  EXPERIAN INFORMATION SOLUTIONS,      WEBBANK; [PROPOSED] ORDER**
    INC.; et. al.,
16
            Defendants.
17

18  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19         IT IS HEREBY STIPULATED by and between plaintiff Washington Nunes and defendant

20  WebBank, that WebBank be dismissed from this action with prejudice pursuant to Federal Rules

21  of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and

22  costs.

23  //

24  //

25  //

26  //

27  //

28  //

| | | |
|---|---|---|
| DATED:  April 12, 2016 | Sagaria Law, P.C. | |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Washington Nunes | |
| | | |
| DATED:  April 12, 2016 | Farella Braun + Martel LLP | |
| | | |
| | By: | */s/Kristen Rogers* |
| | | Kristen Rogers |
| | Attorneys for Defendant | |
| | WebBank | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Kristen Rogers has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, WebBank is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  4/14/16

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE