STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:      *lacalendar@stroock.com*

Attorneys for Defendant
  Chase Bank USA, N.A., erroneously sued as
  JPMorgan Chase Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON NUNES, | Case No. 5:16-cv-00547-EJD |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; WEBBANK; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; and DOES 1 through 100 inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND
[PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16-cv-00547-EJD

LA 51984114

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Washington Nunes ("Plaintiff"), on the one hand, and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), on the other, have reached a settlement in principle, which will result in the dismissal of Chase from this action with prejudice. Plaintiff and Chase currently are negotiating the terms of a settlement agreement and expect that the settlement documentation will be finalized within the next thirty (30) days. Accordingly, the parties respectfully request that all pending dates and filing requirements pertaining to Chase be vacated.

Dated: April 13, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOSEPH ANGELO

By:     */s/ Elliot Gale*
        Elliot Gale

Attorneys for Plaintiff
   Washington Nunes

Dated: April 13, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By:     */s/ Stephen J. Newman*
        Stephen J. Newman

Attorneys for Defendant
   Chase Bank USA, N.A., erroneously sued
   as JPMorgan Chase Bank

**IT IS SO ORDERED**.

Dated: 4/15/2016

        Hon. Edward J. Davila
        United States District Judge

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16-cv-00547-EJD

LA 51984114

**FILER'S ATTESTATION**

I, Stephen J. Newman, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

- 2 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16-cv-00547-EJD

LA 51984114

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2016, a copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman