```
STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile:  310-556-5959
Email:      lacalendar@stroock.com

Attorneys for Defendant
  Chase Bank USA, N.A., erroneously sued as
  JPMorgan Chase Bank

SAGARIA LAW, P.C.
Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone:    408-279-2288
Facsimile:    408-279-2299

Attorneys for Plaintiff
  Washington Nunes
```

**IT IS SO ORDERED**
[Signed] Judge Edward J. Davila
DATED: 5/25/2016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON NUNES,<br><br>       Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; WEBBANK; BANK OF AMERICA, NATIONAL ASSOCIATION; JPMORGAN CHASE BANK; and DOES 1 through 100 inclusive,<br><br>       Defendants. | Case No. 5:16-cv-00547-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |

TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only. Each party shall bear its own attorneys' fees and costs.

Dated: May 6, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE ANGELO

By: /s/ Elliot Gale

Attorneys for Plaintiff
Washington Nunes

Dated: May 6, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: /s/ Stephen J. Newman

Attorneys for Defendant
Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank

- 1 -
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984578

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2016, a copy of the foregoing **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*s/ Stephen J. Newman*
Stephen J. Newman

---

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984578