Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON NUNES,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>          Defendants. | Federal Case No.: 5:16-CV-00547-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Washington Nunes and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | |
|---|---|
| DATED:  June 28, 2016 | Sagaria Law, P.C. |
| | By: _____*/s/ Elliot W. Gale*_____ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Washington Nunes |
| | |
| DATED:  June 28, 2016 | Nokes & Quinn |
| | |
| | By: _____*/s/Thomas P. Quinn, Jr.*_____ |
| | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant |
| | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 6/29/2016                           _____
                                                                    EDWARD J. DAVILA
                                                                    UNITED STATES DISTRICT JUDGE