UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WASHINGTON NUNES,

    Plaintiff,

    v.

BANK OF AMERICA, N.A.,

    Defendant.

Case No. 5:16-cv-00547-EJD

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On June 29, 2016, the court issued an order requiring Plaintiff and Defendant Bank of America, N.A. to show cause why sanctions should not be imposed after they failed to timely file one of the forms addressing ADR. Dkt. No. 47. In light of the stipulation filed on July 1, 2016 (Dkt. No. 49), the Order to Show Cause is DISCHARGED and the hearing scheduled for July 7, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: July 1, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-00547-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE