UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON NUNES,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 5:16-cv-00547-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on July 28, 2016 (Dkt. No. 52), the court orders as follows:

1. The parties shall comply with the deadlines provided in the Case Management Order filed on June 3, 2016 (Dkt. No. 42).

2. In addition, the parties shall complete mediation by the deadline provided in the order filed on July 1, 2016 (Dkt. No. 50).

3. The Further Case Management Conference scheduled for August 4, 2016, is CONTINUED to **10:00 a.m. on October 6, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **September 29, 2016.** The motion to appear by telephone (Dkt. No. 53) is TERMINATED as moot.

**IT IS SO ORDERED.**

Dated: August 1, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:16-cv-00547-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE