```
 1  Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
 2  Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
 3  2033 Gateway Place, 5th Floor
    San Jose, California 95110
 4  Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
 5
    Attorneys for Plaintiff
 6
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| WASHINGTON NUNES,<br><br>              Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>              Defendants. | Federal Case No.: 5:16-cv-00547-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Washington Nunes and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
//
//

---

1

| | | |
|---|---|---|
| DATED: September 16, 2016 | Sagaria Law, P.C. | |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Washington Nunes | |
| | | |
| DATED: September 16, 2016 | McGuire Woods | |
| | | |
| | By: | */s/Adam Summerfield* |
| | | Adam Summerfield |
| | Attorneys for Defendant | |
| | Bank of America, N.A. | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Adam Summerfield has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, BANA is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 9/20/2016

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER